IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
 )
v. ) CASE NO. 2:26-cr-63-ECM
 ) [WO]
LEQUINTIN SAUVAE TOWNSEND )

**MEMORANDUM OPINION and ORDER**

Now pending before the Court is Defendant Lequintin Sauvae Townsend's unopposed motion to continue trial (doc. 28) filed on July 2, 2026.  Jury selection and trial are presently set on July 27, 2026.  For the reasons set forth below, the Court will grant a continuance of the trial pursuant to 18 U.S.C. § 3161(h)(1).

While the trial judge enjoys great discretion when determining whether to grant a continuance, the Court is limited by the requirements of the Speedy Trial Act. 18 U.S.C. § 3161; *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986).  The Act provides in part:

> In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

18 U.S.C. § 3161(c)(1).

The Act excludes, however, certain delays from the seventy-day period, including delays "resulting from any pretrial motion, from the filing of the motion through the

conclusion of the hearing on, or other prompt disposition of, such motion," *id.* § 3161(h)(1)(D).

Counsel for the Defendant argues that a continuance is warranted because the Defendant's motion to suppress (doc. 14) remains pending. On June 3, 2026, the Magistrate Judge entered his Recommendation, (doc. 25), and the Government timely filed objections on June 17, 2026, (doc. 26). The Defendant represents that the ruling on the motion to suppress is "dispositive." (Doc. 28). The Court finds that the time period from the filing of the motion to suppress through the prompt disposition of that motion is excluded from the seventy-day speedy trial period. *See* 18 U.S.C. § 3161(h)(1)(D). Accordingly, and for good cause, it is

ORDERED that the motion to continue (doc. 28) is GRANTED to the extent that jury selection and trial are CONTINUED from July 27, 2026, and SPECIALLY SET on **August 31, 2026 at 10:00 a.m.** in **Montgomery**, Alabama. All deadlines tied to the trial date are adjusted accordingly.

DONE this 6th day of July, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE